IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ILHOMJON YUSUPOV,<br>Petitioner,<br>v.<br>JOHN RIFE, et al.,<br>Respondents. | CIVIL ACTION<br>NO. 26-1658 |

**ORDER**

**AND NOW**, this 3rd day of September 2026, upon receipt of the Joint Status Report that the Petitioner was given a bond hearing (Doc. No. 6), it is **ORDERED** that the Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.